# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
## Sherman DIVISION

Quintin Huckaby

§

v. §   CIVIL ACTION NO. 4:22-cv-00456-SDJ

Briggs-Freeman Real Estate Brokerage, Inc., d/b/a Briggs-Freeman International Realty d/b/a Briggs-Freeman Sotheby's International Realty §

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on 08/03/2022.

The conference resulted in **settlement** (settlement, impasse or will be continued). All parties and counsel were/were not present. (List those persons who were not present).

Note from the Mediator (if any):

SIGNED this **3** day of **August**, 2,022.

Assigned Mediator  JOHN WALTON BROOKMAN