UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| QUINTIN HUCKABY<br><br>v.<br><br>BRIGGS-FREEMAN REAL ESTATE BROKERAGE, INC. d/b/a BRIGGS FREEMAN INTERNATIONAL REALTY d/b/a BRIGGS-FREEMAN SOTHEBY INTERNATIONAL REALTY, ET AL. | §<br>§<br>§<br>§<br>§   CIVIL NO. 4:22-CV-456-SDJ<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The Court issued a notice of impending dismissal in this case on August 3, 2022. (Dkt. #2). In the notice, the Court advised Plaintiff Quintin Huckaby that should neither Defendant be served within ninety days of the date the case was filed, May 31, 2022, the case would be dismissed without prejudice unless Huckaby executed a verified petition requesting additional time for service. (Dkt. #2).

More than ninety days have now passed since the date the case was filed. (Dkt. #1). Huckaby has filed neither an executed return of service nor a verified petition requesting additional time for service. Instead, the docket reflects that the parties have settled at mediation. (Dkt. #3).

The Court therefore **DISMISSES** this matter without prejudice under Federal Rule of Civil Procedure 4(m).

**So ORDERED and SIGNED this 12th day of September, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE